# EXHIBIT "B"

THE LAW OFFICES OF
# MICHAEL J. WARD, L.L.C.
118 White Horse Road West
Voorhees, New Jersey 08043

Member of New Jersey &  
Pennsylvania Bar

Telephone No.: (856) 627-3444  
Facsimile No.: (856) 627-3305

October 4, 2018

Honorable Mayor and Borough Council  
Borough Of Beach Haven  
300 Engleside Avenue  
Beach Haven, NJ 08008

    Re: Sidewalk in front of 408 Centre Street, Beach Haven

Dear Mayor & Councilpersons:

In June 1999, my wife and I purchased our Beach Haven house at 408 Centre Street. Since then, we have observed that the sidewalk in front of our property, within the municipal right-of-way, has slowly deteriorated and "buckled" in at least two sections. During the Chowderfest weekend, two women pushing a baby stroller and a beachgear "buggy" were caused to stall and somewhat stumble when they struck the edge of the raised sidewalk portion. It has become a tripping hazard.

A number of years ago, when the Borough was contemplating much needed improvements to Centre Street, I was informed that the curbs, sidewalks, and driveway aprons in our block were going to be replaced "as needed". Apparently, some time after that, the sidewalk directly in front of our property did not reflect a need to be replaced.

I am therefore writing to ask whether the Borough would consider replacing, or at least repairing, the uneven and, frankly, unsafe sidewalk. Although it is not our property, my wife and I would be willing to contribute to the Borough's cost of either repairing or replacing the damaged sidewalk sections.

I want to thank you for your consideration, and shall await your reply.

Very truly yours,

BY: _____  
MICHAEL J. WARD, IV, ESQUIRE

MJW:hmw

B.