# EXHIBIT "C"



**NANCY TAGGART DAVIS**
MAYOR

**S. JAMES WHITE**
COUNCIL PRESIDENT

**DONALD C. KAKSTIS**
COUNCILMAN

**THOMAS LYNCH**
COUNCILMAN

**CHARLES E. MASCHAL**
COUNCILMAN

**SHERRY MASON, RMC, CMR, CMC**
MUNICIPAL MANAGER
MUNICIPAL CLERK

"The Queen City, Six Miles at Sea"
**300 Engleside Avenue**
**Beach Haven, NJ 08008**

October 10, 2018

Michael J. Ward, IV, Esq.
118 White Horse Pike West
Voorhees, NJ, 08043

RE: 408 Centre Street Sidewalk

Dear Mr. Ward,

We are in receipt of your letter dated October 4, 2018 regarding the sidewalk in front of your home. In the mid-1980's there was a road project on Centre Street (Centre Street was a County Road) where Ocean County repaired/replaced curbs and sidewalks. Centre Street is no longer a County Road. Unfortunately, the homeowner is responsible for repairs/replacement of curbs and sidewalks adjacent to their property.

If you have any questions, please feel free to contact the Zoning Department at either 609-492-0111 ext 221 or zoningdepartment@beachhaven-nj.gov.

Very truly yours,

Donna Marie Heubel
Zoning Clerk

Borough
Attorney: Bruce Padula
732 583 7474

𝒞