# EXHIBIT "D"

# Chapter 176. Streets and Sidewalks

# Article II. Curbs and Sidewalks

# § 176-12. Sidewalks.

A. Required. Any person or property owner granted subdivision or site plan approval shall install sidewalks along the frontage to the property granted such approvals.
[Amended 2-9-2015 by Ord. No. 2015-1C]

B. Materials. All sidewalks shall be constructed of concrete, brick, cobblestones or other approved materials, excluding macadam. Concrete sidewalks shall be constructed with a minimum 4,000 pounds per square inch concrete.
[Amended 2-9-2015 by Ord. No. 2015-1C]

C. Sidewalk dimensions. Sidewalks shall be four feet in width. Concrete sidewalks shall be installed to a minimum of four inches and to a maximum of six inches in thickness. Concrete sidewalks shall require expansion joints at twenty-foot intervals with construction joints at four-foot intervals. Sidewalks of other approved materials will require the approval of the Borough Engineer and Building Department. All sidewalks shall have a slope of one-fourth-inch per foot sloping toward the abutting street.

D. Existing sidewalk. In the event that there are existing sidewalks, they shall be maintained and shall be determined to comply with the requirements of this section. However, if 50% of the sidewalk area is deteriorated and in need of replacement, the entire sidewalk area shall comply with Subsection **C**.

E. Standard. Notwithstanding any provision contained in this section, sidewalk dimensions and applications shall be consistent with the prevailing dimensions and applications, 50% or more, of the block. The preferred installation of the Borough of Beach Haven is detailed in **§176-14A**.
[Added 2-9-2015 by Ord. No. 2015-1C]

D