# EXHIBIT "E"

**NANCY TAGGART DAVIS**
MAYOR

**JAMIE BAUMILLER**
COUNCILWOMAN

**DAN ALLEN**
COUNCILMAN

**THOMAS LYNCH**
COUNCILMAN

**CHARLES E. MASCHAL**
COUNCILMAN

**SHERRY MASON, RMC, CMR, CMC**
MUNICIPAL MANAGER
MUNICIPAL CLERK



"The Queen City, Six Miles at Sea"
300 Engleside Avenue
Beach Haven, NJ 08008

June 18th, 2020

Mr. & Mrs. Ward
2345 Auburn Ave
Atco, NJ 08004

RE: Sidewalk at 408 Centre St, Beach Haven

Mr. & Mrs. Ward,

Please be advised a complaint about the unsafe sidewalk in front of your house has been filed. After inspection of the sidewalk, we feel it is in need of repair. Please respond within 2 weeks of receipt to avoid a summons being issued.

Thank you for your prompt attention to this matter.

Regards,

Patrick O'Donnell
Beach Haven Code Enforcement Department
Podonnell@beachhaven-nj.gov
609-492-0111 x 202

E