# EXHIBIT “F”

THE LAW OFFICES OF
MICHAEL J. WARD, L.L.C.
118 White Horse Road West
Voorhees, New Jersey 08043

Member of New Jersey &
Pennsylvania Bar

Telephone No.: (856) 627-3444
Facsimile No.: (856) 627-3305

June 22, 2020

**via certified mail, return receipt requested**
Mr. Patrick O'Donnell
Beach Haven Code Enforcement Department
Borough Of Beach Haven
300 Engleside Avenue
Beach Haven, NJ 08008

Re: Sidewalk in front of 408 Centre Street, Beach Haven

Dear Mr. O'Donnell:

I am in receipt of your correspondence dated June 18, 2020, concerning the municipal sidewalk in front of our property at 408 Centre Street in Beach Haven.

You should be aware that my wife and I purchased our Beach Haven house at 408 Centre Street in June 1999, and since that time, we have observed that the municipal sidewalk in front of our property, which is located approximately twelve feet (12') away from our property line, has slowly deteriorated and buckled in at least two sections. [I have enclosed a survey copy for your reference].

Approximately twenty (20) years ago, I learned that Beach Haven Borough intended to pursue needed improvements to Centre Street and I was informed by the Municipal Clerk that the curbs, sidewalks, and driveway aprons along our block were going to be replaced as needed. Apparently, at that time, someone in the Borough determined that the deteriorating sidewalk did not need to be replaced.

On October 4, 2018, I wrote to the Mayor and Borough Council to advise them that the sidewalk had become a tripping hazard to passers by, based upon my observation of visitors attending Chowderfest. I requested that the Borough consider replacing or repairing the unsafe sidewalk. I was subsequently informed by the Zoning Clerk that Beach Haven asserts that a homeowner is responsible for repairs/replacement of curbs and sidewalk "adjacent to their property".

As I noted earlier, the sidewalk in front of our property is located approximately twelve feet beyond our front property line, within a 98' wide municipal right-of-way. In Luchejko v. City of Hoboken et al., 207 N.J. 191 (2011), the New Jersey Supreme Court reiterated its long-standing rule of law that the duty to maintain "abutting sidewalks" is confined to owners of commercial property.

F

Mr. Patrick O'Donnell
Beach Haven Code Enforcement Department
Re: Sidewalk at 408 Centre Street, Beach Haven
June 22, 2020
Page 2

Notably, the Court stated, "While we acknowledge that whether the ownership of the property abutting the sidewalk is commercial or residential matters little to [an] injured pedestrian, we believe that the case for imposing a duty to maintain sidewalks is particularly compelling with respect to abutting commercial property owners". 207 N.J. at 203. See also Nash v. Lerner, 157 N.J. 535 (1999).

I hope you understand that neither my wife nor I are willing to incur the potential liability that could result from making unapproved repairs to off-site municipal improvements.

However, so long as the Borough is the contracting party for any municipal repair work, we would consider providing a financial contribution to the replacement cost.

Upon your review of this letter, please contact me to discuss. Thank you.

Very truly yours,

LAW OFFICES OF MICHAEL J. WARD, LLC

BY: ______________________
MICHAEL J. WARD, IV, ESQUIRE

MJW:hmw
Encl.

CENTRE [98'] STREET
[AKA Center Street]
Ref: Filed Map
Curb Ln.
Up
Conc. Walk
S50°00'00"E
40.00'
I.Pipe Fd.
P.O.B.
N50°00'00"W
90.00'
I.Pin Fd.
Conc. Drive
110.25
BLOCK 145
LOT 3
4,410.0 SF+/-
Stone Drive
42.0'
BLOCK 145
LOT 4
BLOCK 145
LOT 2
2ND Level Deck
#408
2 Story Frame Dwelling On Piles
2 Story Frame
°00'00"E
Fence Along Line
4.0'
3.3'
Board/Wood Slab Fence
110.25
°00'00"W
laware Avenue

Shed

6.7'

Mon. Fd.

Board Fence

40.00'

N50°00'00"W

I.Pin Fd.

BLOCK 145 LOT 21

BLOCK 145 LOT 22

BLOCK 145 LOT 24

LMS

Only Copies From The Original Plan Or Map Of This Plat, Clearly Marked With The Land Surveyor's Raised Seal, Shall Be Considered To Be Valid Copies.

Land Management & Environmental Services

JOHN S. YEDINAK PLS-PP

924 W.CLARK'S LANDING ROAD
EGG HARBOR, NEW JERSEY 08215
[609] 965 3504 OFFICE/FAX
[609] 517 2259 MOBILE COMM.

## RECORD SURVEY PLAN FOR:

MICHAEL J. & MARGARET ANNE WARD:
408 CENTRE STREET
BLOCK 145 LOT 3
BOROUGH OF BEACH HAVEN
OCEAN COUNTY, NEW JERSEY

| | |
|---|---|
| DATE: | 5-27-99 |
| SCALE: | 1"=20' |
| DRAWN: | J.S.Y. |
| CHECKED: | J.S.Y. |
| UPDATED: | |
| UPDATED: | |

FILE NO. 99-527W

TO: MICHAEL J. WARD IV & MARGARET ANNE WARD;
Michael J. Ward IV, Esq.;
National City Mortgage Co., Its Successors and/or Assigns. [B]

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, THIS MAP OR PLAN IS THE RESULT OF A FIELD SURVEY MADE ON 5-27-99 BY ME OR UNDER MY DIRECT SUPERVISION, IN ACCORDANCE WITH THE RULES AND REGULATIONS PROMULGATED BY THE "STATE BOARD OF PROFESSIONAL ENGINEERS AND LAND SURVEYORS."

THE INFORMATION SHOWN HEREON CORRECTLY REPRESENTS THE CONDITIONS FOUND AT, AND AS OF THE DATE OF THE FIELD SURVEY, EXCEPT SUCH IMPROVEMENTS OR EASEMENTS, IF ANY, BELOW THE SURFACE AND NOT VISIBLE.

THIS CERTIFICATION IS GIVEN SOLEY TO THE ABOVE NAMED PARTIES EXCEPT AS FOLLOWS:
A. TO THE TITLE INSUROR SO THAT IT MAY INSURE TITLE TO PREMISES SHOWN HEREON
B. TO THE MORTGAGE HOLDER, THE CERTIFICATION SHALL SURVIVE TO ITS SUCCESSORS AND/OR ASSIGNS, AS THEIR INTEREST MAY APPEAR.

John S. Yedinak
PROFESSIONAL LAND SURVEYOR
NEW JERSEY LIC. 36767

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Patrick O'Donnell
Beach Haven Code Enforcement Dept.
300 Engleside Avenue
Beach Haven, NJ 08008

9590 9402 5187 9122 2194 07

2. Article Number (Transfer from service label)

7018 0680 0001 5653 0862

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7018 0680 0001 5653 0862

Certified Mail Fee $3.55
$ $2.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $0.55
$

Total $6.95

0026
6

Postmark Here

06/24/2020

Mr. Patrick O'Donnell
Beach Haven Code Enforcement Dept.
300 Engleside Avenue
Beach Haven, NJ 08008