# EXHIBIT "G"

**NANCY TAGGART DAVIS**
MAYOR

**JAMIE BAUMILLER**
COUNCILWOMAN

**DAN ALLEN**
COUNCILMAN

**THOMAS LYNCH**
COUNCILMAN

**CHARLES E. MASCHAL**
COUNCILMAN

**SHERRY MASON, RMC, CMR, CMC**
MUNICIPAL MANAGER
MUNICIPAL CLERK



"The Queen City, Six Miles at Sea"
300 Engleside Avenue
Beach Haven, NJ 08008

September 29, 2020

Mr. & Mrs. Ward
2345 Auburn Ave
Atco, NJ 08004

RE: Sidewalk at 408 Centre St, Beach Haven

Mr. & Mrs. Ward,

Please be advised that a summons has been issued for failing to fix or replace your sidewalk at 408 Centre St. If you have any questions please call or write.

Thank you for your prompt attention to this matter.

Regards,

Patrick O'Donnell
Beach Haven Code Enforcement Department
Podonnell@beachhaven-nj.gov
609-492-0111 x 202

| PREFIX | COMPLAINT NUMBER | BEACH HAVEN BOROUGH MUNICIPAL COURT |
|---|---|---|
| 03 | SC 010537 | 420 Pelham Avenue, Beach Haven, NJ 08008 |

Complaint

# The State of New Jersey vs.

(Please Print)

Defendant's Name: First **Michael** Initial **J** Last **Ward**

Address **2345 Auburn Ave** City **Atco**

State **NJ** Zip Code **08004** Telephone _____ SOCIAL SECURITY NUMBER _____

Birth Date: Mo. Day Yr. Sex Eyes Height Restrictions

DL # _____ State _____ Exp. Date _____

STATE OF NEW JERSEY
COUNTY OF **OCEAN** } SS:

**COMPLAINT**

Complaining Witness: **Patrick O'Donnell** (Name)

of **Code Enforcement** (Identify Dept./Agency Represented) (Badge No.)

Residing at _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

**6** Month **8** Day **2020** Year **8:02am** Time

in **BEACH HAVEN** mu **1503** County of **OCEAN** NJ

did commit the following offense:

**Sidewalk needs Repair or Replacement**
(DESCRIPTION OF OFFENSE)

in violation of (one charge only) **176-12 G**
(Statute, Regulation or Ordinance Number)

| LOCATION OF OFFENSE: | CODE | Describe Location **408 Centre St BH** |
|---|---|---|

OATH: Subscribed and sworn to before me this ___ day of _____, yr.___

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**OR**

_____ (Signature of Complaining Witness)

**9/30/20** (Date)

_____ (Signature of Person Administering Oath)

_____ (Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

**COURT USE ONLY** | **LAW / CODE ENFORCEMENT USE ONLY**

Probable cause is found for the issuance of this Complaint-Summons

- [ ] Yes
- [ ] No _____ (Signature of Judicial Officer)
- [ ] Yes
- [ ] No _____ (Signature of Judge)

[X] The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

[X] COURT APPEARANCE REQUIRED | COURT DATE: Month **11** Day **2** Year **20** Time **10:00** AM

**9/30/20** (Date Summons Issued)

_____ (Signature of Person Issuing Summons)

Complaint-Summons                    SF (9/07)