# EXHIBIT "J"

BEACH HAVEN BORO MUNICIPAL COURT
300 ENGLESIDE AVENUE

BEACH HAVEN                NJ 08008

TELEPHONE: 609-492-0111
MON - FRI - 9AM - 4PM

## CHANGE IN COURT DATE

NEW COURT DATE - 06/07/2021  11:00 AM
           ROOM - 0001
JUDGE - STACEY KERR
DATE OF NOTICE - 04/05/2021

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 11:00 AM ON 06/07/2021, IN COURT ROOM 0001.

COMPLAINT NO.          COMPLAINT NO.          COMPLAINT NO.
SC 2020 010537

NOTICE GENERATED BY: MUCAM22
ATTORNEY FOR DEFENSE COPY

STATE V. MICHAEL J WARD

BY ORDER OF THE JUDGE
STACEY KERR

DANIEL I WARD ESQ
118 WHITE HORSE ROAD
VOORHEES       NJ 08043-3055