IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL J. WARD, IV and MARGARET A. WARD, husband and wife | : | CASE NO: 1:22-CV-01725 |
| | : | |
| | : | Civil Action |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF BEACH HAVEN; MAYOR AND BOROUGH COUNCIL OF THE BOROUGH OF BEACH HAVEN; and BEACH HAVEN CODE ENFORCEMENT OFFICER PATRICK O'DONNELL, in his official capacity | : | |
| | : | |
| Defendants | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Amy R. Brandt, Esquire of Weir Greenblatt Pierce LLP as counsel of record for Plaintiffs Michael J. Ward, IV and Margaret A. Ward in the above-captioned matter.

WEIR GREENBLATT PIERCE LLP

Date: March 29, 2022

By: /s/ Amy R. Brandt
Steven E. Angstreich, Esquire
Amy R. Brandt, Esquire
Attorney I.D. Nos.: 3739/65739
20 Brace Road, Suite 200
Cherry Hill, NJ 08034
215-665-8181
sangstreich@wgpllp.com
abrandt@wgpllp.com

*Attorneys for Plaintiffs*