## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL J. WARD, IV and MARGARET A. WARD, husband and wife | : | CASE NO: 1:22-CV-01725 |
| | : | |
| | : | Civil Action |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF BEACH HAVEN; MAYOR AND BOROUGH COUNCIL OF THE BOROUGH OF BEACH HAVEN; and BEACH HAVEN CODE ENFORCEMENT OFFICER PATRICK O'DONNELL, in his official capacity | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Amy R. Brandt, Esquire, hereby certify that on March 29, 2022, I served a true a correct copy of my Notice of Appearance via regular mail upon the following:

Borough of Beach Haven
300 Engleside Avenue
Beach Haven, NJ 08008
*Defendant*

Mayor and Borough Council of the Borough of Beach Haven
300 Engleside Avenue
Beach Haven, NJ 08008
*Defendant*

Patrick O'Donnell
300 Engleside Avenue
Beach Haven, NJ 08008
*Defendant*

|  |  |
|---|---|
|  | WEIR GREENBLATT PIERCE LLP |
| Date: March 29, 2022 | By: */s/ Amy R. Brandt* |
|  | Steven E. Angstreich, Esquire |
|  | Amy R. Brandt, Esquire |
|  | Attorney I.D. Nos.: 3739/65739 |
|  | 20 Brace Road, Suite 200 |
|  | Cherry Hill, NJ 08034 |
|  | 215-665-8181 |
|  | sangstreich@wgpllp.com |
|  | abrandt@wgpllp.com |
|  | |
|  | *Attorneys for Plaintiffs* |